FILED
November 19, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D43

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Emilio Rubalcaba | **Case No :** | 09-35832 - B - 13 J |
| | | **Date :** | 11/18/09 |
| | | **Time :** | 01:00 |

**Matter :** [38] - Motion/Application to Dismiss Case for Failure to Make Plan Payments [JPJ-1] Filed by Trustee Jan P. Johnson (fdis)
[38] - Motion/Application to Dismiss Case/Proceeding [JPJ-1] Filed by Trustee Jan P. Johnson (fdis)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
  Neil Enmark (for the Trustee)
**Respondent(s) :**
  Debtor(s) Attorney - Talvinder Bambhra

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted. The case is dismissed for unreasonable delay that is prejudicial to creditors.

Dated: November 19, 2009

Thomas C. Holman
United States Bankruptcy Judge